# UNITED STATES DISTRICT COURT
# FOR THE EASTER DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **SUSIE LEIFFER,** | ) | Case No. **2:15-cv-01377** |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

    Dated this ____day of January, 2016.

_____
United States District Court Judge

Order to Dismiss - 1